**FILED**

AUG 2 8 2009

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

<u>UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND</u>

DEBTOR: _Eagle Fisheries_   90-496
CASE NUMBER: _____

PLEASE CHECK ONE:

__✓__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Flite Time | 46 | 52.92 |

RECEIPT # 20363
FEE AMT 52.92   INT 0

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____              TOTAL: $ 52.92

DATE: 8/26/09                 _____
                              TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94