FILED
NOV 0 9 2009

..RK
..IPTCY COURT
by _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
for the
DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE FISHERIES, L.P., ) | Case No. A-90-00496 |
| ) | |
| Debtor ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

1. The undersigned Sociedade De Investimentos Predial King Man Limitada is an investor in and lender to the debtor, and a claimant in this proceeding.

2. The undersigned now receives its mail at the following address:

Sociedade De Investimentos Predial King Man Limitada,
Flat B, 5th Floor, Hyde Centre,
221-226 Gloucester Road,
Wanchai,
Hong Kong.
Attn: Miss Susana Chung Pai Wan

3. The undersigned requests that the Court's records be amended to reflect this address for all future mailings with respect to this claim.

DATED: October  28th , 2009         SOCIEDADE DE INVESTIMENTOS
                                                              PREDIAL KING MAN LIMITADA

                                                              For and on behalf of
                                                              SOCIEDADE DE INVESTIMENTOS PREDIAL
                                                              KING MAN, LIMITADA
                                                              美國景文太平洋有限公司

                                                              ......Helen Chang......
                                                                  Authorized Signature(s)
                                                              By: _____
                                                              Miss Chang Sai Jean Helen