UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**
FEB 25 2010
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Eagle Fisheries
CASE NUMBER: 90-496

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Sociedade | 49 | 31,180.71 |

RECEIPT: 20799
FED AMT: 31,180.71 INT: 09

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____
TOTAL: $ 31,180.71

DATE: 2/24/10

TRUSTEE (signed)

# UNITED STATES BANKRUPTCY COURT
## for the
## DISTRICT OF ALASKA

In re:                                        )
                                              )
EAGLE FISHERIES, L.P.,                        )      Case No. A-90-00496
                                              )
                Debtor                        )
                                              )
_____)

(CLAIM # 49)

## NOTICE OF CHANGE OF ADDRESS

1.   The undersigned Sociedade De Investimentos Predial King Man Limitada is an investor in and lender to the debtor, and a claimant in this proceeding.

2.   The undersigned now receives its mail at the following address:

Sociedade De Investimentos Predial King Man Limitada,
Flat B, 5th Floor, Hyde Centre,
221-226 Gloucester Road,
Wanchai,
Hong Kong.
Attn: Miss Susana Chung Pui Wan

3.   The undersigned requests that the Court's records be amended to reflect this address for all future mailings with respect to this claim.

DATED: October 28th, 2009           SOCIEDADE DE INVESTIMENTOS
                                    PREDIAL KING MAN LIMITADA

                                    For and on behalf of
                                    SOCIEDADE DE INVESTIMENTOS PREDIAL
                                    KING MAN LIMITADA
                                    大同置業有限公司

                                    _____
                                         Authorized Signature(s)
                                    By:
                                    _____
                                    Miss Chang Sai Jean Helen

| Name of Debtor | Bankruptcy Case No. |
|---|---|
| EAGLE FISHERIES L.P. | A90-00496 |

## A. CREDITOR INFORMATION

*(The creditor is the person or other entity to whom the debtor owes money or property)*

**Name and Address of Creditor**

ZHONG XING INVESTMENT (SWISS) LIMITED
12/F, CHINA UNDERWRITERS CENTRE,
88 GLOUCESTER ROAD,
HONG KONG.

[X] Check box if you never received any notices from the bankruptcy court in this case.
[ ] Check box if this address differs from the address on the envelope sent to you by the court.
[ ] Check box and attach copy of assignment if claim has been assigned to you.

**FILED**
JAN 31 1991
CLERK
U.S. BANKRUPTCY COURT
By _____
Deputy Clerk

THIS SPACE IS FOR COURT USE ONLY

**Number by which creditor identifies debtor:**

Check here if this claim [ ] replaces [ ] amends a previously-filed claim dated: _____ [ ] supplements

## B. CLAIM INFORMATION

**1. BASIS FOR CLAIM:**
[ ] Goods purchased
[ ] Services performed
[X] Monies loaned
[ ] Other forms of contract (Identify)
[ ] Personal injury/Wrongful death/Property damage
[ ] Other (Describe briefly)

[ ] Wages, Salaries and Commissions (Fill out below)
Your social security number _____
Unpaid services performed from _____ to _____
Nature of services (Describe briefly)

**2. DATE DEBT WAS INCURRED:**
JANUARY 26, 1988

**3. CLASSIFICATION OF CLAIM:** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Priority, (3) Secured. It is possible for a claim to be partly in one category and partly in another—such as wage claim which may be a priority claim for the first $2,000 and an unsecured nonpriority claim for the balance. Classify the nature of the claim by CHECKING THE APPROPRIATE BOX OR BOXES which you believe best describes the claim. STATE THE AMOUNT OF THE CLAIM.

[X] UNSECURED NONPRIORITY CLAIM $ 858,238.31
For the purposes of this form, a claim is unsecured if there is no collateral, or to the extent the value of collateral is less than the amount of the debt.

[ ] SECURED CLAIM $ N/A
Attach evidence of perfection of security
Brief Description of Collateral:
[ ] Real Estate [ ] Motor Vehicle [ ] Other

[ ] PRIORITY CLAIM $ N/A
Specify the priority of the claim by checking the appropriate box(es)
[ ] Wages, salaries or commissions (up to $2000, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. §507(a)(3)
[ ] Contributions to an employee benefit plan—11 U.S.C. §507(a)(4)
[ ] Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family or household use—11 U.S.C. §507(a)(6)
[ ] Taxes or penalties of governmental units—11 U.S.C. §507(a)(7)
[ ] Other specify:

**4. TOTAL AMOUNT OF CLAIM:** $ 858,238.31 (Unsecured) + $ NIL (Secured) + $ NIL (Priority) = $ 858,238.31 (Total)

5. Attach copies of documents in support of this claim, such as purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6. This form should not be used to make a claim for expenses incurred after the filing of the bankruptcy petition. Such expenses may be paid only upon proper application and notice pursuant to 11 U.S.C. §503.

7. CREDITS AND SETOFFS: Attach an itemization of all amounts and dates of payments which have been credited against the debt. Set forth any setoff or counterclaim which the debtor may have against your claim.

8. We require an original plus 1 copy; please submit a 2nd copy and a stamped envelope if you would like an acknowledgement.

THIS SPACE IS FOR COURT USE ONLY

## C. CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim.

| Date | Sign and Print the Name and Title, if any, of the Creditor or Other Person Authorized to File this Claim (attach copy of power of attorney, if any) |
|---|---|
| JANUARY 10, 1991 | MR. JIN LI – ASSISTANT GENERAL MANAGER |

*Penalty for Presenting Fraudulent Claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. Title 18, U.S.C. §152 & §3623.*

49